Amy L. B. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENYON WILLIAMS, | § § | |
| Plaintiff, | § § | Civil Action No. 2:19-cv-05931-RGK-JEM |
| v. | § § | |
| APOLLO EDUCATION GROUP, INC. d/b/a UNIVERSITY OF PHOENIX, | § § § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days, and therefore request that all deadlines be stayed.

Dated: August 12, 2019          By: */s/ Amy L. B. Ginsburg*
                                Amy L. B. Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Fax: (877) 788-2864
                                Email: aginsburg@creditlaw.com

# CERTIFICATE OF SERVICE

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Matthew Knepper, Esquire
Husch Blackwell, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Matt.knepper@huschblackwell.com
Attorney for Defendant

Dated: August 12, 2019         By: */s/ Amy L. B. Ginsburg*
                                   Amy L. B. Ginsburg, Esquire
                                   Kimmel & Silverman, P.C.
                                   30 E. Butler Pike
                                   Ambler, PA 19002
                                   Phone: (215) 540-8888
                                   Fax: (877) 788-2864
                                   Email: aginsburg@creditlaw.com