Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON WILLIAMS, § § § Plaintiff, § § v. § § APOLLO EDUCATION GROUP, INC. § D/B/A UNIVERSITY OF PHOENIX, § § Defendant. § § | Civil Action No. 2:19-cv-05931-RGK-JEM |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

/S/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff

Date: September 25, 2019

- 1 -

NOTICE OF VOLUNTARY DISMISSAL

2:19-cv-05931-RGK-JEM

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Matthew D. Knepper, Esq.
Husch Blackwell, LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: 314-480-1848
Email:  matt.knepper@huschblackwell.com
Attorney for the Defendant


DATED:  September 25, 2019          /s/ Amy L. Bennecoff Ginsburg
                                    Amy L. Bennecoff Ginsburg Esq.
                                    Kimmel & Silverman, P.C.
                                    30 East Butler Pike
                                    Ambler, PA 19002
                                    Tel: 215-540-8888
                                    Fax: 215-540-8817
                                    Email: teamkimmel@creditlaw.com
                                    Attorney for Plaintiff